**DISMISS and Opinion Filed December 22, 2023**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00498-CV

**KEVIN MILLER, Appellant**
**V.**
**GENE MCCUTCHIN, INDIVIDUALLY AND ON BEHALF OF THE JOHN MAC JOINT VENTURE, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-02323**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Garcia
Opinion by Justice Partida-Kipness

Before the Court is appellant's motion to dismiss this appeal because the parties have settled their differences. We grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

230498F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KEVIN MILLER, Appellant

No. 05-23-00498-CV      V.

GENE MCCUTCHIN,
INDIVIDUALLY AND ON
BEHALF OF THE JOHN MAC
JOINT VENTURE, Appellee

On Appeal from the 191st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-02323.
Opinion delivered by Justice Partida-
Kipness. Justices Pedersen, III and
Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee Gene McCutchin, Individually and on Behalf of the John Mac Joint Venture, recover his costs of this appeal from appellant Kevin Miller.

Judgment entered December 22, 2023

–2–